CGFD15 (10/1/16)



**ORDERED in the Southern District of Florida on April 17, 2019**

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 19–13948–LMI**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Janice Lee Isherwood
aka Jan L. Isherwood

523 Elizabeth St
Key West, FL 33040

SSN: xxx–xx–8992

## ORDER DISMISSING CASE

At the time of filing of the above referenced case on **March 28, 2019**, the debtor was provided notice by the court of filing requirements and the deadline(s) to correct deficiencies.

As of the date of this order, the debtor has failed to correct the following deficiency(ies) by the required deadline:

      Official Bankruptcy Form 106Sum, Summary of Your Assets and Liabilities and Certain Statistical Information
      Official Bankruptcy Form 106A/B, Schedule A/B: Property
      Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt
      Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property
      Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims
      Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases
      Official Bankruptcy Form 106H, Schedule H: Your Codebtors
      Official Bankruptcy Form 106I, Schedule I: Your Income
      Official Bankruptcy Form 106J, Schedule J: Your Expenses
      **and** (if applicable) Official Bankruptcy Form 106J2, Schedule J–2: Expenses for Separate Household of Debtor 2
      Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules

Because the debtor has failed to meet the deadline(s) above for the listed deficient items, it is

**ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above–named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Payment must be made in cash, money order or cashier's or "official" check. Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

###

The clerk shall serve a copy of this order on all parties of record.